**Dated: July 13, 2016**
**The following is SO ORDERED:**

_George W. Emerson, Jr._
**George W. Emerson, Jr.**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| In re: TERSA YVONNE JONES<br>Debtor(s)<br>vs.<br><br>WELLS FARGO BANK, N.A.<br>Defendant(s) | Case No. 16-25734 GWE<br><br>Chapter 13<br><br>Adv. Proc. No. 16-00182 |

ORDER GRANTING DEBTOR'S MOTION FOR TEMPORARY RESTRAINING ORDER

      Upon this day, the 7th of July, 2016, comes the hearing on the Complaint of the debtor for Temporary Restraining Order. From the statements of counsel, the Court finds that:

      1.    The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 23, 2016.

      2.    The debtor filed a complaint for Temporary Restraining Order against Wells Fargo Bank, N.A. on June 29, 2016. The Debtor included Wells Fargo Bank, N.A. in her original petition as a secured creditor, holding a deed of trust on her real property located at 277 Red Oak Street in Memphis, Tennessee 38112. The real property is scheduled for a foreclosure sale on Thursday, July 14, 2016 at 10:00 A.M. The Debtor filed a Motion to Impose Automatic

Stay on June 23, 2016 but the Motion is not set to be heard until Thursday, July 14, 2016 at 10:00 A.M.

    3.    Jill M. Shirley appeared as counsel for the debtor and no one appeared on behalf of Wells Fargo Bank, N.A.

    4.    Wells Fargo Bank, N.A. is hereby enjoined from foreclosing on the Debtor's real property located at 277 Red Oak Street in Memphis, Tennessee 38112 through midnight on Thursday, July 14, 2016.  There will be a hearing on the Preliminary Injunction on Thursday, July 14, 2016 at 10:00 A.M.

    5.    All other findings of fact and conclusions of law announced by the Court during this proceeding are incorporated into this Order by reference as if copied here verbatim.

    IT IS SO ORDERED.

Approved:

/s/ Jill M. Shirley
Prepared by:  Jill M. Shirley  (022286)
Hurst Law Firm, P.A.
Attorney for Debtor(s)
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

    /s/ Sylvia F. Brown
Chapter 13 Trustee
200 Jefferson, Suite 1113
Memphis TN  38103

# CERTIFICATE OF MAILING

cc:
Debtor
Debtor's Attorney
Chapter 13 Trustee
Wells Fargo Bank, N.A.