**Dated: October 12, 2016
The following is SO ORDERED:**

_____
George W. Emerson, Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

In re:   TERSA YVONNE JONES          Case No. 16-25734 GWE
         Debtor(s)                   Chapter 13
                                     Adv. Proc. No. 16-00182
**WELLS FARGO BANK N.A.**
Defendant

ORDER VOLUNTARILY DISMISSING DEBTOR'S COMPLAINT FOR INJUNCTIVE
RELIEF

Upon this day comes the hearing on the debtor's complaint for injunctive relief. From the statements of counsel, the Court finds that:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 23, 2016.

2. The debtor thereafter filed a complaint for injunctive relief on June 29, 2016.

3. The debtor's complaint for injunctive relief is hereby voluntarily dismissed by the debtor without prejudice.

IT IS SO ORDERED.

Approved:

/s/ Jill M. Shirley
Jill M. Shirley   022286
Hurst Law Firm, P.A.

Attorney for Debtors
P. O. Box 41497
Memphis, TN 38174-1497
(901) 725-1000

  /s/ Sylvia F. Brown
  Chapter 13 Trustee

Chapter 13 Trustee
200 Jefferson, Suite 1113
Memphis TN 38103

## CERTIFICATE OF MAILING

cc:
Debtor(s)
Debtor's Attorney
Ch. 13 Case Trustee
**Wells Fargo Bank N.A.**